UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICARDO ALFONSO RANGEL CLOS,

Petitioner,

v. Case No.: 2:26-cv-02463-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Ricardo Alfonso Rangel Clos's Motion for Limited Post-Judgment Relief, for Enforcement or Clarification of the September 10, 2026 Habeas Order, and for Immediate Release Under Reasonable Conditions of Supervision (Doc. 9) and the federal government's response (Doc. 11).

Rangel Clos is a noncitizen in immigration detention. The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing. On September 14, 2026, Immigration Judge Liviu Lungu found Rangel Clos to be a flight risk and a danger to the community and denied release on bond. (Doc. 11-1). The bond order includes a thorough analysis of the evidence and the factors enumerated in *Matter of Guerra*, 24 I&N Dec. 34 (BIA 2006), and the immigration judge put the burden of proof on the government. Rangel Clos asks the Court to reweigh the

evidence and order his release. But the proper way to challenge the result of a bond hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Rangel Clos's motion (Doc. 9) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, FL on October 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record